476 A.2d 65

In re Moyle.

Argued February 14, 1984. Lenore M. Urbano, for appellant; Dudley N. Anderson, for appellees; Charles F. Greevy, III, for participating party.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.

476 A.2d 66

In The Matter of the Adoption of L.M.C. and M.B.C.C.

Argued February 9, 1984. Melvin T. Toran, Sr., for appellant; William A. Dopierala, for participating party.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Decree vacated. Case remanded with directions that the lower court hold a rehearing and thereafter determine the matter in accordance with a clear and convincing evidence standard of proof. Jurisdiction relinquished.